**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01643-CMA-KLM

VICTOR PROCTOR,

    Plaintiff,

v.

TRES J. INC., a Colorado corporation
d/b/a BUDGET CAR SALES,

    Defendant.
_____

**ORDER OF ADMINISTRATIVE CLOSURE**
_____

    This matter is before the Court on Petitioner's Motion to Stay Pending Arbitration (Doc. # 5).  Plaintiff's Motion asserts that the parties have agreed to arbitration and request that this matter be stayed pending the outcome of arbitration or, if administratively closed, subject to being re-opened to enforce any arbitration award.  The Court finds that administratively closing this matter at this time would better serve the interests of judicial economy.  Administrative closure will do no harm to the parties and will allow them ready access to the Court should problems or issues arise.  If disagreement or noncompliance necessitate Court action, the aggrieved party can file the necessary papers to re-open this matter and request the Court's intervention.  It is therefore

    ORDERED that Plaintiff's Motion to Stay Pending Arbitration (Doc. # 5) is GRANTED in that the case shall be administratively closed.  It is

FURTHER ORDERED that plaintiff shall file bi-monthly status reports as to the progress of arbitration.  It is

FURTHER ORDERED that this matter will remain administratively closed and, unless good cause is shown, will be dismissed with prejudice on December 31, 2009.

DATED: July 31, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge