**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01643-CMA-KLM

VICTOR PROCTOR,

    Plaintiff,

v.

TRES J. INC., a Colorado corporation
d/b/a BUDGET CAR SALES,

    Defendant.

**ORDER DISMISSING CASE WITH PREJUDICE**

This matter is before the Court *sua sponte* upon a review of the record. On July 31, 2009, the Court administratively closed this case until December 31, 2009, allowing either party the opportunity to re-open the case should a problem or issue arise. (*See* Doc. # 6). Because no issues have arisen and the December 31, 2009 date has now passed, it is

ORDERED that this case is DISMISSED WITH PREJUDICE.

DATED: February  02 , 2010

BY THE COURT:

*Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge